**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2597**

---

CLIFTON B. TOMLIN,

Plaintiff - Appellant,

versus

CHESAPEAKE BAY FISHING COMPANY, L.C.,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior District Judge.  (CA-94-790)

---

Submitted:  April 15, 1996          Decided:  April 22, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Clifton B. Tomlin, Appellant Pro Se.  Edward James Powers, VANDEVENTER, BLACK, MEREDITH & MARTIN, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order entering judgment in accordance with the jury's verdict in a civil action, wherein the Appellant asserted that he suffered a job-related injury as a result of the Appellee's negligence. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED